IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRYL LYNN DIXON, #161 637, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-CV-524-MHT |
| | ) | |
| JEFFERSON S. DUNN, ALABAMA DEPARTMENT OF CORRECTIONS COMMISSIONER, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Upon consideration of Plaintiff's motion for reconsideration of previous judgment under Rule 60, Federal Rules of Civil Procedure, and as no judgment has been entered in this case, it is

ORDERED that the motion for reconsideration (Doc. 13) is DENIED.

Plaintiff has filed a motion to object to Defendants' motion for extension of time to file their answer and written report. To the extent Plaintiff's objection is considered a motion to deny Defendants' request for additional time to file their answer and special report, and as the court granted Defendants' September 24, 2020, request for additional time finding Defendants demonstrated good cause for the request by offering a credible explanation for the delay that does not exhibit disregard for the instant proceedings or prejudice to Plaintiff (*see* Doc. 11), it is

ORDERED that Plaintiff's motion (Doc. 13) is DENIED.

Done, this 6th day of October 2020.

　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE